UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case: 4:19-CR-139 |
| | ) | |
| CASEY A. DESMUKE | ) | |
| | ) | |

## ORDER TO SEAL

Upon motion of the United States, it is ORDERED that the Government's Amended Notice of Intent to Offer Evidence of Other Acts by Defendant Pursuant to Federal Rules of Evidence 413, 414, 404(b) and SDGA Local Criminal Rule 16.2 and Government's Response in Opposition to Defendant's Response to Government's Notice, be sealed until further Order of the Court, excepting only such disclosures as necessary to effect service of process.

This 27th day of December, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA