# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR419-139 |
| | ) | |
| CASEY A. DESMUKE, | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the Government's Motion to Accommodate and Protect. Doc. 33. Because the defendant's responses to this motion are currently due on the date this case is set to begin jury selection and trial, the Court will set an expedited briefing schedule. *See* S.D. Ga. L. Cr. R. 12.1. Any responses defendant wishes to submit in response to the motion must be filed no later than midnight on Tuesday, January 7, 2020.

**SO ORDERED,** this 2nd day of January, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA