# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR419-139 |
| | ) | |
| CASEY A. DESMUKE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the Government's Motion in Limine Regarding any Reference to Penalty or Punishment, doc. 23, Motion for Reciprocal Discovery, doc. 27, and Motion to Accommodate and Protect, doc. 33. On January 10, 2020, defendant pled guilty to Count 1 in the indictment. Docs. 37, 38, 39. Accordingly, the motions are **DISMISSED AS MOOT**.

**SO ORDERED,** this 10th day of January, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA